ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.   1:91-MJ-764 |
| | : | |
| JAVIER GONZALEZ | : | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that by the authority of the undersigned, the Complaint, filed August 15, 1991, charging violation of 18 U.S.C. Section(s) 1073, is dismissed as to JAVIER GONZALEZ and Movant prays leave of Court to file the same.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By: _____

MARY C. ROEMER
ASSISTANT UNITED STATES ATTORNEY
(404)581-6265
FAX:   (404)581-6181
Georgia Bar No.   611790

Consented to by Defendant
[F.R.Crim.P. Rule 48a] _____

### O R D E R

Now, to-wit, on the _____23RD_____ day of _____July_____, 2007, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE