AO 442 (Rev. 5/85) Warrant for Arrest

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
V.

JAVIER GUILLERMO GONZALEZ

9119-0815-0289-G

**WARRANT FOR ARREST**

CASE NUMBER: 1:91-M-764

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Javier Guillermo Gonzalez__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) unlawful flight to avoid prosecution

RETURNABLE INSTANTER

in violation of Title __18__ United States Code, Section(s) __1073__

WILLIAM L. HARPER                                U.S. MAGISTRATE JUDGE
Name of Issuing Officer                          Title of Issuing Officer

/s/ William L. Harper                            August 15, 1991, Atlanta, GA
Signature of Issuing Officer                     Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 30 2007

(By) Deputy Clerk
AUSA: BEVERLY SUMNER MITCHELL

JAMES N. HATTEN, Clerk
By: /s/
Name of Judicial Officer  Deputy Clerk

Bail fixed at $ _____ by _____

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

7/23/07  Dismissed per Judge Baverman

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

FILED IN CHAMBERS
U.S.D.C Atlanta

JUL 23 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

FILE COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. 1:91-MJ-764
:
JAVIER GONZALEZ :

GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that by the authority of the undersigned, the Complaint, filed August 15, 1991, charging violation of 18 U.S.C. Section(s) 1073, is dismissed as to JAVIER GONZALEZ and Movant prays leave of Court to file the same.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By: _____
MARY C. ROEMER
ASSISTANT UNITED STATES ATTORNEY
(404)581-6265
FAX: (404)581-6181
Georgia Bar No. 611790

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

O R D E R

Now, to-wit, on the **23RD** day of **July**, 2007, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE